IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| AMELIA BOOTH, and ANDY WARD § | |
| § | |
| Plaintiffs § | |
| § | |
| v. § | Civil Action No.  W10CA012 |
| § | |
| § | |
| GOLDMAN, ROTH ACQUISTIONS, L.L.C § | |
| § | |
| now d/b/a  ADVANCED PORFOLIO § | |
| SOLUTIONS, LLC § | |
| § | |
| Defendant § | |

## ORDER GRANTING

## PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE FOR PLAINTIFF TO FILE

## A FIRST-AMENDED ORIGINAL COMPLAINT

On this day the Court considered Plaintiff's UNOPPOSED MOTION FOR LEAVE FOR PLAINTIFF TO AMEND COMPLAINT, the Court finds that it should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Unopposed Motion for Leave file a First-Amended Original Complaint, GRANTED.

IT IS FURTHER ORDERED that the clerk shall file Plaintiff's First-Amended Original Complaint attached to Plaintiff's motion.

SIGNED on ____March 17____, 2010

_____
U.S. DISTRICT JUDGE